UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

RAMON HERNANDEZ,

Plaintiff,

- against -

CITY OF NEW YORK, *et al.*,

Defendants.

----------------------------------------------------------------------x

**DECLARATION OF SERVICE**

21-CV-02397 (LGS) (SDA)

I, Erin Ryan, declare under penalty of perjury that pursuant to 28 U.S.C. § 1746, on April 5, 2021, I served the **Court Order dated April 2, 2021, and this Court's Individual Rules** upon Plaintiff's counsel, Samuel C. DePaola, by sending a copy of each by electronic mail to sdepaola@simdepaola.com, to which Samuel C. DePaola confirmed receipt of on April 5, 2021.

Dated: New York, New York
April 7, 2021

**JAMES E. JOHNSON**
CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-5056

By: Erin T. Ryan
______________________________
Erin Teresa Ryan
Assistant Corporation Counsel
Special Federal Litigation Division

Samuel C. DePaola (By ECF)
Sim & DePaola, LLP
*Attorney for Plaintiff*
42-40 Bell Boulevard – Suite 201
Bayside, New York 11361