UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAMON HERNANDEZ,

              Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

             Defendants.
-------------------------------------------------------------X

21 Civ. 2397 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 13, 2021, Plaintiff was directed to file a letter response by May 27, 2021, to Defendants' pre-motion letter regarding their proposed motion to dismiss. *See* Dkt. Nos. 11, 12.

WHEREAS, Plaintiff did not file that letter response. It is hereby

**ORDERED** that, Plaintiff shall file a letter response not to exceed 3 single-spaced pages as soon as possible and no later than **June 1, 2021, at noon**. Plaintiff's counsel is directed to enter an appearance as soon as possible.

Dated: May 28, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**