UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON HERNANDEZ,
                       Plaintiff,

                    21 Civ. 2397 (LGS)
           -against-

                    ORDER

CITY OF NEW YORK et al.,
                       Defendants,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 18, 2021, Plaintiff's case was removed to this Court;

      WHEREAS, on July 13, 2021, Defendant served its motion to dismiss to Plaintiff without filing the motion on the docket pursuant to the "bundling rule," which is not a general rule of the court and is inapplicable here;

      WHEREAS, Plaintiff's deadline to file his response to the motion to dismiss was August 3, 2021;

      WHEREAS, Plaintiff's deadline to file his response to the motion to dismiss was twice extended to September 7, 2021 (Dkt No. 25, 28);

      WHEREAS, on September 8, 2021, Plaintiff filed a First Amended Complaint in response to Defendant's motion to dismiss (Dkt. No. 29);

      WHEREAS, "if the pleading is one to which a responsive pleading is required," a party may amend its pleading once as a matter of course within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B).

      WHEREAS, Plaintiff properly sought and was granted extensions to respond to Defendant's motion to dismiss;

WHEREAS, Defendant moved to strike Plaintiff's First Amended Complaint (Dkt. No. 30).  It is hereby

**ORDERED** that the First Amended Complaint is received in the record *nunc pro tunc* as timely filed, and Defendant's motion to strike is DENIED.  It is further

**ORDERED** that Defendant's motion to dismiss the original Complaint is DENIED as moot.  It is further

**ORDERED** that Defendant shall *file* an answer, motion or other response to the First Amended Complaint by September 27, 2021.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 30.

Dated: September 13, 2020
      New York, New York

                                                                             **LORNA G. SCHOFIELD**
                                                                     **UNITED STATES DISTRICT JUDGE**