UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
RAMON HERNANDEZ,                                             :
                                    Plaintiff,         :
                                                             :    21 Civ. 2397 (LGS)
               -against-                                 :
                                                             :    ORDER
CITY OF NEW YORK et al.,                                     :
                           Defendants,        :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 20, 2021, Plaintiff was ordered to file a letter by September 23, 2021, explaining why he did not respond to the First Set of Interrogatories and Document Requests by Defendants.  Dkt. No. 38.

      WHEREAS, Plaintiff failed to file a timely response, and on September 28, 2021, was ordered to show cause why sanctions should not be imposed for the failure.  Dkt. No. 41.

      WHEREAS, on October 5, 2021, Plaintiff filed a letter explaining his rationale for believing that he was not required to respond to the discovery requests.  Dkt. No. 42.

      WHEREAS, although the Court may impose sanctions based solely on Plaintiff's failure to comply with the September 20 order, Plaintiff is not sanctioned but is warned that further violation of any court order may result in sanctions.

      WHEREAS, discovery has been delayed, and Defendants have requested an extension on fact discovery.  Dkt. No. 37.  It is hereby

      **ORDERED** that, by October 12, 2021, the parties shall confer and file a letter (1) detailing the progress of discovery and (2) proposing new discovery deadlines and a date for the pre-motion conference.

Date:  October 7, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE