UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON HERNANDEZ,
                       Plaintiff,

              -against-

CITY OF NEW YORK, et al.,
                       Defendants.
------------------------------------------------------------X

21 Civ. 2397 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference in this matter is scheduled for October 21, 2021, at 10:30 a.m.

    WHEREAS, an Amended Civil Case Management Plan and Scheduling Order was issued.  It is hereby

    **ORDERED** that the conference is CANCELLED.

Dated: October 14, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**