UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON HERNANDEZ,                                :
                    Plaintiff,    :
                                                  :
                -against-              :       21 Civ. 2397 (LGS)
                                                    :
CITY OF NEW YORK, et. al,                       :       ORDER
                    Defendants,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 4, 2021, Plaintiff appeared for a hearing to show cause why he should not be sanctioned under Rule 37(b) for noncompliance with the Court's order (Dkt. No. 46). It is hereby

      **ORDERED** that sanctions are not imposed for reasons stated at the conference. It is further

      **ORDERED** that Plaintiff shall respond to Defendant's First Set of Interrogatories and Document Requests by December 15, 2021. Failure to comply with this court order will result in Rule 37(b) sanctions. It is further

      **ORDERED** that fact discovery deadline is extended to February 4, 2022. A separate Second Amended Case Management Plan and Scheduling Order will issue.

Dated: November 4, 2021
      New York, New York

                                             LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**