UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

RAMON HERNANDEZ,

                    Plaintiff,      **ORDER TO PRODUCE INMATE FOR DEPOSITION**

    -against-      21-CV-2397 (LGS)

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------------ X

**THE HONORABLE LORNA G. SCHOFIELD, United States District Judge:**

    Upon the application of Defendants for leave to take the deposition of Plaintiff Ramon Hernandez (B&C No. 3492002082), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

    **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the North Infirmary Command at the New York City Department of Correction produce inmate Ramon Hernandez (B&C No. 3492002082) within the North Infirmary Command for the taking of his deposition by video teleconferencing on February 2, 2022, commencing at 10:00 AM, and for so long thereafter as the deposition continues; (2) Plaintiff Ramon Hernandez (B&C No. 3492002082) appears in such place as designated by the Warden or other official in charge of the North Infirmary Command so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

Dated: January 27, 2022                                 SO ORDERED
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**