UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

RAMON HERNANDEZ,

                               Plaintiff,

                 -against-

CITY OF NEW YORK, et al.,

                         Defendants.
------------------------------------------------------------------- X

**ORDER TO PRODUCE INMATE
FOR DEPOSITION**

21-CV-2397 (LGS)

**THE HONORABLE LORNA G. SCHOFIELD, United States District Judge:**

Upon the application of Defendants for leave to take the deposition of Plaintiff Ramon Hernandez (B&C No. 3492002082), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the George R. Vierno Center at the New York City Department of Correction produce inmate Ramon Hernandez (B&C No. 3492002082) within the George R. Vierno Center for the taking of his deposition by video teleconferencing on February 11, 2022, commencing at 10:00 AM, and for so long thereafter as the deposition continues; (2) Plaintiff Ramon Hernandez (B&C No. 3492002082) appears in such place as designated by the Warden or other official in charge of the George R. Vierno Center that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

Dated: New York, New York
       February 3, 2022

                                       SO ORDERED

                                       **LORNA G. SCHOFIELD**
                               **UNITED STATES DISTRICT JUDGE**