UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON HERNANDEZ,   :
                Plaintiff,   :
                          :
      -against-   :   21 Civ. 2397 (LGS)
                          :
CITY OF NEW YORK, et al.,   :   <u>ORDER</u>
                Defendants,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the fact discovery deadline in this case is February 18, 2022, and the pre-motion conference is scheduled for March 16, 2022, at 4:00 P.M. It is hereby

      **ORDERED** that discovery in this case is **STAYED**. It is further

      **ORDERED** that the pre-motion conference and the deadline to file any pre-motion letter for summary judgment or other dispositive motion is **ADJOURNED** sine die.

Dated: February 7, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE