**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAMON HERNANDEZ,

                Plaintiff,

-against-                                                                                           21 **CIVIL** 2397 (LGS)

                                                  **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 7, 2022, Defendants' motion to dismiss the Complaint is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      June 7, 2022

                                                                **RUBY J. KRAJICK**
                                                    _____
                                                          **Clerk of Court**
                               **BY:**       *K. Mango*
                                                          _____
                                                           **Deputy Clerk**